AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harner, Michelle M. | United States Bankruptcy Court District of Maryland | 01/26/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>08/05/2017 |

**7. Chambers or Office Address**

Edward A. Garmatz United States Courthouse
101 West Lombard Street, 9th Floor
Baltimore, Maryland 21201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professor of Law (completed June 2017) | University of Maryland Francis King Carey School of Law |
| 2. | Faculty Adviser (completed June 2017) | Universtiy of Maryland Francis King Carey School of Law - Business Law Socitey |
| 3. | Faculty Adviser (completed June 2017) | Universtiy of Maryland Francis King Carey School of Law - Journal of Business & Technology Law |
| 4. | Member (completed 2017) | University of Maryland Francis King Carey School of Law - Appointments Committee |
| 5. | Member (completed 2016) | University of Maryland Francis King Carey School of Law - Middle States 2016 Accreditation Self-Study Steering Committee |
| 6. | Member (completed 2017) | University of Maryland Francis King Carely School of Law - Curriculum Committee |
| 7. | Visiting Professor of Law (completed June 2015) | Georgetown University Law Center |
| 8. | Associate Reporter (completed May 2017) | Advisory Committee on the Federal Rules of Bankruptcy Procedure |
| 9. | Resident Scholar (completed December 2015) | American Bankruptcy Institute |
| 10. | Member, Board of Directors (ongoing) | American Bankruptcy Institute |
| 11. | Independent contractor for recorded bar review lectures(9/13/2017-9/1/2018) | Themis Bar Review |
| 12. | School Liason for University of MD School of Law (completed June 2017) | Maryland State Bar Association Business Law Section |
| 13. | Chair (current 2017-2018) | Maryland State Bar Association Business Law Section |
| 14. | Member (completed July 2015) | Dodd-Frank Study Working Group for the Administrative Office of the United States Courts. |

| Name of Person Reporting | Date of Report |
|---|---|
| Harner, Michelle M. | 01/26/2018 |

| | | |
|---|---|---|
| 15. | Member (current) | University of Maryland Francis King Carey School of Law Board of Visitors |
| 16. | Member (Vice Chair - 2016) (Chair completed 2017 when appointed) | AALS, Business Associations Section |
| 17. | Member (Chair - 2015) | AALS, Creditors' and Debtors' Rights Section |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2015 | University of Maryland (wages) | $187,308.00 |
| 2. 2015 | Georgetown University (wages) | $30,000.00 |
| 3. 2015 | American Bankruptcy Institute (wages) | $60,000.00 |
| 4. 2015 | Themis Bar Review (independent contractor fees) | $2,000.00 |
| 5. 2015 | Administrative Office of the U.S. Courts (independent contractor fees) | $8,906.00 |
| 6. 2015 | CCH Incorporated (royalties) | $2,166.00 |
| 7. 2016 | University of Maryland (wages) | $173,652.00 |
| 8. 2016 | Themis Bar Review (independent contractor fees) | $2,000.00 |
| 9. 2016 | LEG, Inc., d/b/a West Academic (royalties) | $525.00 |
| 10. 2016 | Administrative Office of the U.S. Courts (independent contractor fees) | $28,281.00 |
| 11. 2016 | CCH Incorporated (royalties) | $841.00 |
| 12. 2017YTD | University of Maryland (wages) | $88,417.00 |
| 13. 2017YTD | Themis Bar Review (independent contractor fees) | $5,000.00 |
| 14. 2017YTD | Administrative Office the U.S. Courts (independent contractor fees) | $8,610.00 |
| 15. 2017YTD | W.D. Missouri Annual Koger Institute (honorarium for May 2017 presentation, pre-judgeship) | $3,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2015 | Latham & Watkins LLP (law partnership income) |
| 2. 2015 | Ballard Spahr LLP (law partnership income) |
| 3. 2016 | Ballard Spahr LLP (law partnership income) |
| 4. 2017 | Ballard Spahr LLP (law partnership income) |

| Name of Person Reporting | Date of Report |
|---|---|
| Harner, Michelle M. | 01/26/2018 |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Revolving charge account | J |
| 2. | Citibank, N.A. (Master Card) | Revolving charge account | J |
| 3. | | | J |
| 4. | | | J |
| 5. | | | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Harner, Michelle M. | 01/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank checking account #1 | A | Interest | K | T | Exempt | | | | |
| 2. Citibank checking account #2 | A | Interest | K | T | Exempt | | | | |
| 3. Citibank savings account #1 | A | Interest | O | T | Exempt | | | | |
| 4. Citibank savings account #2 | A | Interest | J | T | Exempt | | | | |
| 5. Citibank savings account #3 | A | Interest | J | T | Exempt | | | | |
| 6. Citibank savings account #4 | A | Interest | J | T | Exempt | | | | |
| 7. Wells Fargo checking account (now closed) | A | Interest | | | Exempt | | | | |
| 8. Wells Fargo savings account #1 (now closed) | A | Interest | | | Exempt | | | | |
| 9. Wells Fargo savings account #2 (now closed) | A | Interest | | | Exempt | | | | |
| 10. Wells Fargo savings account #3 (now closed) | A | Interest | | | Exempt | | | | |
| 11. Wells Fargo savings account #4 (now closed) | A | Interest | | | Exempt | | | | |
| 12. T. Rowe Price 529 account #1 - Maryland CIP Portfolio 2021 | A | Dividend | M | T | Exempt | | | | |
| 13. T. Rowe Price 529 account #2 - Maryland CIP Portfolio 2024 | A | Dividend | M | T | Exempt | | | | |
| 14. T. Rowe Price 529 account #3 - Maryland CIP Portfolio 2033 | A | Dividend | M | T | Exempt | | | | |
| 15. Northwestern Mutual life insurance policy #1 (term life) | A | Int./Div. | L | T | Exempt | | | | |
| 16. Northwestern Mutual Extraordinary Life policy #2 (H) | | | | | | | | | |
| 17. 1. - NM General Premium Accumulation Account | D | Int./Div. | M | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harner, Michelle M. | 01/26/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. MetLife Flexible Premium Life Policy #1 (H) | | | | | | | | | |
| 19. 1. - ML Ultra Short Bond Fund | A | Int./Div. | J | T | Exempt | | | | |
| 20. MetLife Flexible Premium Life Policy #2 (H) | | | | | | | | | |
| 21. 1. - MetLife General Acccount 4.0 Guaranteed | A | Int./Div. | J | T | Exempt | | | | |
| 22. Rollover IRA #1 (H) | | | | | | | | | |
| 23. 1. - Western Asset Institutional Government Fund | A | Int./Div. | K | T | Exempt | | | | |
| 24. 2. - TR Russell 1000 Value Fund | A | Dividend | N | T | Exempt | | | | |
| 25. 3. - TR Russell 1000 Growth Fund | A | Dividend | N | T | Exempt | | | | |
| 26. 4. - TR Russell 2000 Fund | A | Dividend | L | T | Exempt | | | | |
| 27. 5. - JP Morgan USD Emerging Markets Bond Fund | A | Dividend | L | T | Exempt | | | | |
| 28. 6. - TR Enhanced Short fund | A | Dividend | K | T | Exempt | | | | |
| 29. 7. - TR Bloomberg Barclays High Yield Bond Fund | A | Dividend | L | T | Exempt | | | | |
| 30. 8. - Vanguard Bond Index Fund | A | Dividend | N | T | Exempt | | | | |
| 31. 9. - Vanguard FTSE Developed Markets Fund | A | Dividend | N | T | Exempt | | | | |
| 32. 10. - Vanguard Charlotte FDS Total Int'l Bond Fund | A | Dividend | M | T | Exempt | | | | |
| 33. 11. - Vanguard Int'l Equity Index Emerging Markets Fund | A | Dividend | M | T | Exempt | | | | |
| 34. Rollover IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harner, Michelle M. | 01/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 1. - Western Asset Institutional Government Fund | A | Int./Div. | J | T | Exempt | | | | |
| 36. 2. - TR Russell 1000 Value Fund | A | Dividend | K | T | Exempt | | | | |
| 37. 3. - TR Russell 1000 Growth Fund | A | Dividend | K | T | Exempt | | | | |
| 38. 4. - TR Russell 2000 Fund | A | Dividend | J | T | Exempt | | | | |
| 39. 5. - JP Morgan USD Emerging Markets Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 40. 6. - TR Enhanced Short fund | A | Dividend | J | T | Exempt | | | | |
| 41. 7. - TR Bloomberg Barclays High Yield Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 42. 8. - Vanguard Bond Index Fund | A | Dividend | K | T | Exempt | | | | |
| 43. 9. - Vanguard FTSE Developed Markets Fund | A | Dividend | K | T | Exempt | | | | |
| 44. 10. - Vanguard Charlotte FDS Total Int'l Bond Fund | A | Dividend | K | T | Exempt | | | | |
| 45. 11. - Vanguard Int'l Equity Index Emerging Markets Fund | A | Dividend | K | T | Exempt | | | | |
| 46. IRA #1 (H) | | | | | | | | | |
| 47. 1. - Vanguard Target Date 2035 Fund | A | Dividend | L | T | Exempt | | | | |
| 48. IRA #2 (H) | | | | | | | | | |
| 49. 1. - Fidelity Freedom 2025 Fund | A | Dividend | J | T | Exempt | | | | |
| 50. 2. - Fidelity Freedom 2030 Fund | A | Dividend | J | T | Exempt | | | | |
| 51. IRA #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Harner, Michelle M. | 01/26/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 1. - Fidelity Freedom 2030 Fund | A | Dividend | N | T | Exempt | | | | |
| 53. IRA #4 (H) | | | | | | | | | |
| 54. 1. -TIAA-CREF Lifecycle 2035 Fund | A | Dividend | J | T | Exempt | | | | |
| 55. American Century Ultra Fund | A | Dividend | J | T | Exempt | | | | |
| 56. Hennessy Cornerstone Value-Investor 2035 Fund | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harner, Michelle M. | 01/26/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Harner, Michelle M. | 01/26/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michelle M. Harner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544